IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALVESTER COLEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CCI, et al., ) | |
| ) | |
| Defendants. ) | Civil Action No. 3:17-CV-1866-C |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that Plaintiff's Complaint, filed *pro se* and *in forma pauperis*, be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. Plaintiff's FOIA claim is **DISMISSED with prejudice**, and the remainder of Plaintiff's claims are **DISMISSED without prejudice** for lack of subject-matter jurisdiction.

SO ORDERED this 16th day of August, 2017.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE